Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15894−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Glenn
   aka Cassandra Granger
   136 Madison Ave
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−0076

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/23/19 and a confirmation hearing on such Plan has been scheduled for 6/13/19.

The debtor filed a Modified Plan on 6/13/19 and a confirmation hearing on the Modified Plan is scheduled for 7/25/19. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 13, 2019
JAN: lc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-15894-JKS
Cassandra Glenn                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jun 13, 2019
                               Form ID: 186             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db              +Cassandra Glenn,   136 Madison Ave,   Irvington, NJ 07111-2504
518137339      #+Barry Siegel,   631 Palisade Ave East,   Englewood Cliffs, NJ 07632-1803
518137340       +Bayview Financial Loan,   136 Madison Ave,   Irvington, NJ 07111-2504
518137342       +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
518137343        Emergency Medical associates,   PO Box 6231,   Parsippany, NJ 07054-7231
518137346       +Lab Corp of America,   PO Box 2240,   Burlington, NC 27216-2240
518137347        PSE & G,   Bankruptcy Dept,   PO Box 940,   Cranford, NJ 07016
518256481        PSE&G,   Attn: Bankruptcy Dept.,   PO Box 709,   Newark NJ 07101-0709
518137348       +REnee Cohen,   Mattleman, Weinroth & Miller,   401 Route 70 East-Suite 100,
                 Cherry Hill, NJ 08034-2410
518137349       +State of New Jersey,   Department of Labor & Workforce,   PO Box 650,   Trenton, NJ 08646-0650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:40      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:07
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518256691       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2019 00:57:47      American Honda Finance,
                 Attn Bankruptcy,   PO Box 168088,   Irving TX 75016
518268061       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 01:00:48
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518280603      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2019 00:58:09
                 BAYVIEW LOAN SERVICING, LLC,   4425 PONCE DE LEON BLVD,   CORAL GABLES, FL 33146-1837
518280715      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2019 00:58:09
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518173330      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 01:01:31
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518137341       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:17      Comenitybank/New York,
                 Attn: Bankruptcy,   Po Box 18215,   Columbus, OH 43218
518137344      +E-mail/Text: csocha@greateralliance.org Jun 14 2019 00:58:39      Greater Alliance Fcu,
                 Attn: Bankruptcy Department,   40 W. Century Rd.,   Paramus, NJ 07652-1454
518137345      +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 00:56:36      Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518263209       E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 00:57:26
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
518138611      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518137350      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:46      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518137351      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:46      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518137352      +E-mail/Text: collect@williamsalexander.com Jun 14 2019 00:57:07      Waassociates,   Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                               TOTAL: 16

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: Jun 13, 2019
                              Form ID: 186              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              David Jerome Witherspoon    on behalf of Debtor Cassandra  Glenn daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```