UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736
Daveslaw321@gmail.com

Order Filed on October 23, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

**Cassandra Glenn**

Case No.: 19-15894

Chapter: 13

Hearing Date:

Judge: John K Sherwood

# ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objection filed; and for good cause shown it is

_x_ ORDERED that the motion is granted, and the order dismissing case is vacated effective on October 10, 2019.  No action taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows.  Creditors and/or parties in interest have:

1. Until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or discharge ability of certain debts, or 60 days from the date of the Order, whichever is later;

2. Until the original deadline fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. Until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _12/12_ at _8:30_a/m/,

___ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must within 3 days of the date of the Order, serve all creditors and parties in interest with a copy of

this Order and immediately thereafter file Local Form *Certification of Service;*

IT IS FURTHER ORDERED that the trustee is to receive $1,250 within 10 days of the entry of the Order.  If the funds are not received, or reversed, or if the documents are not timely uploaded, then the case will be dismissed upon certification of default.

IT IS FURTHER ORDERED, that all documents for a 341 meeting must be received by the trustee within 7 days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-15894-JKS
Cassandra Glenn                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin             Page 1 of 1              Date Rcvd: Oct 23, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
db            +Cassandra Glenn,    136 Madison Ave,    Irvington, NJ 07111-2504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      David Jerome Witherspoon    on behalf of Debtor Cassandra  Glenn daveslaw321@gmail.com, prissycatina@yahoo.com
      Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 6