Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.: 19−15894−JKS
                       Chapter: 13
                       Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Glenn
   aka Cassandra Granger
   136 Madison Ave
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−0076

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2020
JAN: mg

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cassandra Glenn  
    Debtor

Case No. 19-15894-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin               Page 1 of 2                   Date Rcvd: Aug 04, 2020
                     Form ID: 148               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db             +Cassandra Glenn,    136 Madison Ave,    Irvington, NJ 07111-2504
cr             +ACM Prime Alamosa Trust 2018,    Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +Wilmington Savings Fund Society, FSB,    c/o Stern & Eisenberg, P.C.,
                 1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
518137340      +Bayview Financial Loan,    136 Madison Ave,    Irvington, NJ 07111-2504
518137343       Emergency Medical associates,    PO Box 6231,    Parsippany, NJ 07054-7231
518137345      +Kohls/Capital One,    Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518137346      +Lab Corp of America,    PO Box 2240,    Burlington, NC 27216-2240
518137347       PSE & G,    Bankruptcy Dept,    PO Box 940,    Cranford, NJ 07016
518256481       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518137348      +REnee Cohen,    Mattleman, Weinroth & Miller,    401 Route 70 East-Suite 100,
                 Cherry Hill, NJ 08034-2410
518331683      +State of NJ Dept. of Labor,    PO Box 951,    Trenton, NJ 08625-0951
518137349      +State of New Jersey,    Department of Labor & Workforce,    PO Box 650,    Trenton, NJ 08646-0650
518724843       WILMINGTON SAVINGS FUND SOCIETY et al.,    c/o BSI Financial Services, Inc.,
                 314 Franklin Street,    Titusville, PA 16354
518724844       WILMINGTON SAVINGS FUND SOCIETY et al.,    c/o BSI Financial Services, Inc.,
                 314 Franklin Street,    Titusville, PA 16354,    WILMINGTON SAVINGS FUND SOCIETY et al.,
                 c/o BSI Financial Services, Inc.
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 05 2020 02:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518256691       EDI: HNDA.COM Aug 05 2020 02:43:00      American Honda Finance,    Attn Bankruptcy,
                 PO Box 168088,    Irving TX 75016
518268061       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 23:17:44
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518280603      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 04 2020 23:10:47
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    CORAL GABLES, FL 33146-1873
518280715      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 04 2020 23:10:47
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518173330      +EDI: AIS.COM Aug 05 2020 02:43:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518137341       EDI: WFNNB.COM Aug 05 2020 02:43:00      Comenitybank/New York,    Attn: Bankruptcy,
                 Po Box 18215,    Columbus, OH 43218
518137342      +E-mail/Text: ebnnotifications@creditacceptance.com Aug 04 2020 23:09:40      Credit Acceptance,
                 25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518137344      +E-mail/Text: csocha@greateralliance.org Aug 04 2020 23:11:04      Greater Alliance Fcu,
                 Attn: Bankruptcy Department,    40 W. Century Rd.,    Paramus, NJ 07652-1454
518137345      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 04 2020 23:09:45      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518263209       EDI: Q3G.COM Aug 05 2020 02:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
518138611      +EDI: RMSC.COM Aug 05 2020 02:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518137350      +EDI: RMSC.COM Aug 05 2020 02:43:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518137351      +EDI: RMSC.COM Aug 05 2020 02:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518137352      +E-mail/Text: collect@williamsalexander.com Aug 04 2020 23:10:04      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518137339     ##+Barry Siegel,    631 Palisade Ave East,    Englewood Cliffs, NJ 07632-1803
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Aug 04, 2020
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              David Jerome Witherspoon    on behalf of Debtor Cassandra  Glenn daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    ACM Prime Alamosa Trust 2018 skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```